# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREH AVA,<br>　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>　　　Defendant. | Case No. SA CV 14-1814 JCG<br>**JUDGMENT** |

For the reasons set forth in the accompanying Order of Remand, judgment is entered in Plaintiff's favor and this case is **REMANDED** to the Commissioner for proceedings consistent with the Ninth Circuit's October 24, 2017 judgment..

DATED: 1. 3. 2018

Hon. Jay C. Gandhi
United States Magistrate Judge